**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARKO FLORES,** | : | **CIVIL ACTION NO. 1:11-CV-0118** |
| | : | |
| **Petitioner,** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES,** | : | |
| | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 22nd day of April, 2011, upon consideration of petitioner's

motion (Doc. 8) for a certificate of appealability on the issue of the transfer of his

case from the Eastern District of New York to this district, and it appearing that the

petition was dismissed for lack of jurisdiction without prejudice, based on the fact

that there is a "Motion for confirmation/clarification of sentencing intent" pending

in the United States District Court for the Eastern District of New York, it is hereby

ORDERED that petitioner's motion is DENIED.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge